UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-mj-03201-Louis

UNITED STATES OF AMERICA

v.

KEVIN ELIAN LARRAHONDO GARCIA,

Defendant.
_____/

FILED BY ___KAN___ D.C.

Jun 20, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Timothy J. Farina
      Timothy J. Farina
      Assistant United States Attorney
      Court ID No. A5503150
      99 Northeast 4th Street
      Miami, Florida 33132
      Telephone: (305) 961-9196
      Email: Timothy.Farina@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN ELIAN LARRAHONDO GARCIA,<br><br>Defendant(s) | Case No. 1:24-mj-03201-Louis |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  6/1/2024; 6/8/2024; 6/11/2024; 6/12/2024  in the county of  Miami-Dade  in the
 Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During a Firearms Purchase |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Herbert Kyle Belga, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: June 20 2024

_____
Judge's signature

City and state:   Miami, Florida   Honorable Lauren F. Louis, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, ATF Special Agent Herbert Kyle Belga, being first duly sworn, does hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") and have been since May 2021. Prior to my assignment with ATF, I was a United States Marine, serving as a Commissioned Officer for approximately seven years. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the ATF National Academy and ATF's Firearm Interstate Nexus Training course. As an ATF Special Agent, I have conducted and participated in investigations of a variety of federal crimes, including firearms and narcotics violations.

2. The facts in this affidavit are based on my personal knowledge, information provided by other law enforcement officers, and information provided by witnesses, documents, and the sources described herein. This affidavit is submitted for the limited purpose of establishing probable cause that **KEVIN ELIAN LARRAHONDO GARCIA ("LARRAHONDO GARCIA")** committed violations of Title 18, United States Code, Section 922(a)(6) (False Statement During a Firearms Purchase) on or about the following dates: June 1, 2024; June 8, 2024; June 11, 2024; and June 12, 2024.[1] As such, this affidavit does not include each and every fact known to law enforcement concerning this investigation.

---

[1] Law enforcement has collected the ATF Form 4473 in connection with each of these purchases and has identified each firearm and accompanying serial number in each purchase.

1

## **PROBABLE CAUSE**

### *June 1, 2024, Purchase*

3. On or about June 1, 2024, LARRAHONDO GARCIA and two other individuals, "O.R." and "H.N.," arrived at Miami International Arms, a federal firearm licensee ("FFL") in Miami, Florida.

4. LARRAHONDO GARCIA entered the FFL for a period of time before returning to the vehicle he, O.R., and H.N. arrived in. Surveillance video from the FFL shows that while LARRAHONDO GARCIA and O.R. were inside the vehicle, O.R. placed a significant amount of cash on the vehicle's dashboard. Soon thereafter, the cash was removed from the dashboard and LARRAHONDO GARCIA emerged from the vehicle with cash in hand. LARRAHONDO GARCIA then entered the FFL and purchased approximately thirteen (13) semi-automatic AK-47 style rifles from the FFL.

5. In connection with his purchase of the 13 firearms, LARRAHONDO GARCIA filled out and signed an ATF Form 4473.

6. LARRAHONDO GARCIA specifically marked "Yes" to Question 21.a. of the Form 4473, which reads:

> Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.

7. Following the execution of the ATF Form 4473, LARRAHONDO GARCIA left the FFL with the firearms.

*June 8, 2024, Purchase*

8. On or about June 8, 2024, LARRAHONDO GARCIA, O.R., and H.N. returned to the FFL. LARRAHONDO GARCIA purchased two (2) semi-automatic pistols.

9. LARRAHONDO GARCIA filled out and signed an ATF Form 4473 for the two (2) firearms. LARRAHONDO GARCIA answered "yes" to Question 21.a.

10. O.R. paid an FFL employee a large sum of cash for the firearms LARRAHONDO GARCIA purchased and walked out of the FFL carrying the two pistols before ultimately giving LARRAHONDO GARCIA the pistols back.

*June 11, 2024, Purchase*

11. On or about June 11, 2024, at approximately 5:25 p.m., LARRAHONDO GARCIA returned to the FFL in a white sedan/hatchback with an unknown individual. Simultaneously, O.R. and H.N. arrived at the FFL in a blue Volkswagen SUV ("the Volkswagen").

12. LARRAHONDO GARCIA walked into the FFL and completed an ATF Form 4473 in connection with his purchase of twenty-four (24) semi-automatic AK-47 style rifles. LARRAHONDO GARCIA answered "yes" to Question 21.a.

13. Each of the 24 firearms LARRAHONDO GARCIA purchased were placed into a long brown box. After LARRAHONDO GARCIA completed the purchase of the 24 rifles, he, O.R., and H.N., collectively placed the boxes of firearms into the trunk of the Volkswagen that O.R. and H.N. had arrived in, which was parked in the FFL parking lot. Once all of the firearms had been loaded into the Volkswagen's trunk, O.R. and H.N. departed the FFL parking lot in the Volkswagen containing the firearms. LARRAHONDO GARCIA departed the FFL parking lot in his own separate vehicle.

14.     Law enforcement collected both interior and exterior surveillance video from the FFL which clearly show LARRAHONDO GARCIA, O.R., and H.N., arrive at the FFL in their respective vehicles. The surveillance video reveals LARRAHONDO GARCIA purchasing the firearms, which were stored in long, brown boxes, while O.R. and H.N. were present inside the FFL with LARRAHONDO GARCIA. The surveillance video further shows LARRAHONDO GARCIA, O.R., and H.N., loaded the firearm boxes into the Volkswagen that O.R. and H.N. arrived in.

*June 12, 2024, Purchase*

15.     On or about June 12, 2024, at approximately 3:08 p.m., LARRAHONDO GARCIA returned to the FFL with a second individual unknown to law enforcement in a silver Mazda SUV. Simultaneously, a red Chevrolet pickup truck ("the Chevrolet") also arrived at the FFL. LARRAHONDO GARCIA entered the FFL alone.

16.     LARRAHONDO GARCIA completed an ATF Form 4473 in connection with the purchase of twenty-six (26) semi-automatic AK-47 style rifles. LARRAHONDO GARCIA answered "yes" to Question 21.a.

17.     Around the time LARRAHONDO GARCIA was completing the Form 4473, the individual with whom he had arrived entered the FFL. LARRAHONDO GARCIA and that individual then moved five (5) of the AK-47 style rifles LARRAHONDO GARCIA had just purchased, to the bed of the red Chevrolet. The red Chevrolet then departed with 5 of the firearms. The remaining 21 firearms were then loaded into the vehicle LARRAHONDO GARCIA arrived in and LARRAHONDO GARCIA departed the scene in his vehicle.

*June 18, 2024, Arrests*

18. On June 18, 2024, O.R. and H.N. arrived at the FFL. An undercover law enforcement officer ("UC") was present inside the FFL. The UC observed O.R. pay a significant amount of cash to an FFL employee for the purchase of approximately twenty-seven (27) AK-47 style rifles.

19. At approximately 9:19 p.m. that same day, LARRAHONDO GARCIA arrived at the FFL in a gray Mazda SUV ("the Mazda"). He began to complete an ATF Form 4473 for the purchase of the twenty-seven (27) AK-47 style rifles O.R. had already paid for. Once LARRAHONDO GARCIA completed the Form 4473, he, O.R. and H.N. left the FFL briefly to retrieve a dolly cart from the vehicle O.R. and H.N. had arrived in. LARRAHONDO GARCIA then departed from the FFL without any of the firearms while O.R. and H.N. began to place the firearms onto the dolly cart.

20. After LARRAHONDO GARCIA entered the Mazda he arrived in, but prior to departing the FFL parking lot, law enforcement intervened. Law enforcement arrested LARRAHONDO GARCIA, O.R., and H.N.

21. LARRAHONDO GARCIA was read his *Miranda* rights, waived those rights, and agreed to speak to law enforcement. In a recorded interview, LARRAHONDO GARCIA admitted that he falsified information on the ATF Forms 4473 in connection with the firearms purchases on June 1, June 8, June 11, and June 12, 2024, discussed above. Specifically, LARRAHONDO GARCIA stated that he lied in answering "yes" to Question 21.a because he did not intend to keep the firearms. Instead, LARRAHONDO GARCIA admitted that he was purchasing the firearms on behalf of O.R. and H.N.

22. LARRAHONDO GARCIA also stated that he received threatening messages from persons he believed to be associated with O.R. and H.N., which he believed were intended to

coerce him to purchase firearms on behalf of O.R. and H.N. However, LARRAHONDO GARCIA's statements regarding these threatening messages appeared to be inconsistent and LARRAHONDO GARCIA was unable to provide law enforcement with any corroborating evidence.

## CONCLUSION

23. Based on your affiant's training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to charge **KEVIN ELIAN LARRAHONDO GARCIA** with violations of Title 18, United States Code, Section 922(a)(6) (False Statement During a Firearms Purchase) on or about the following dates: June 1, 2024; June 8, 2024; June 11, 2024; and June 12, 2024.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
HERBERT KYLE BELGA
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn and subscribed before me
this ___ day of June 2024.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE