UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20296-CR-BECERRA/TORRES

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

FILED BY ___MP___ D.C.
Jul 11, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

KEVIN ELIAN LARRAHONDO GARCIA,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**False Statement During a Firearms Purchase**
**(18 U.S.C. § 922(a)(6))**

On or about June 1, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KEVIN ELIAN LARRAHONDO GARCIA,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, Miami International Arms Corp, did knowingly make a false statement in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, which was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of said firearm, in that the defendant represented that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC23PL14422;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC23PL14402;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL19460;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20832;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20975;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20888;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20949;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20932;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20849;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20834;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20960;
- One (1) Pioneer Arms Sporter AK-47, 7.62 caliber, serial number PAC24PL20859; and
- One (1) Zastava ZPAPM70, 7.62 caliber, serial number Z70-171391.

## COUNT 2
### False Statement During a Firearms Purchase
### (18 U.S.C. § 922(a)(6))

On or about June 11, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KEVIN ELIAN LARRAHONDO GARCIA,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, Miami International Arms Corp, did knowingly make a false statement in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, which was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of said firearm, in that the defendant represented that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149688;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149770;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149688;

- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149747;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149776;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149887;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149754;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149869;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149992;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149756;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149978;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150001;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149826;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149920;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150128;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149849;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149997;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150081;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149927;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149934;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150163;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149929;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149982; and
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150010.

## COUNT 3
**False Statement During a Firearms Purchase**
**(18 U.S.C. § 922(a)(6))**

On or about June 12, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KEVIN ELIAN LARRAHONDO GARCIA,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, *Miami In*ternational Arms Corp, did knowingly make a false statement in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, which was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of said firearm, in that the defendant represented that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in

violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150226;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149793;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149677;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149622;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149673;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149722;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149996;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149871;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150018;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149998;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149965;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149651;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150134;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150086;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149752;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149967;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150133;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149936;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150083;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150047;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149962;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149937;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7150051;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149941;
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149947; and
- One (1) Century Arms VSKA, 7.62 caliber, serial number SV7149956.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KEVIN ELIAN LARRAHONDO GARCIA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to

the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
TIMOTHY FARINA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KEVIN ELIAN LARRAHONDO GARCIA,

_____/
Defendant.

CASE NO.: 24-20296-CR-BECERRA/TORRES

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take  2  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☒ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-MJ-03201-LOUIS
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Timothy Farina
Assistant United States Attorney
Court ID No.    A5503150

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: Kevin Elian Larrahondo Garcia

**Case No**: _____

Counts # 1–3: False statement during a firearms purchase

Title 18, United States Code, Section 922(a)(6)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.