**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20296-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**KEVIN ELIAN LARRAHONDO GARCIA,**
**OSCAR JESUS MEDINA RODRIGUEZ, AND**
**HENYELBERT DARIO FERRER NAVARRO**

**Defendants.**

_____/

**PROTECTIVE ORDER AUTHORIZING**
**DISCLOSURE OF SENSITIVE INFORMATION**

THIS CAUSE having come before the Court on the United States of America's Unopposed

Motion for a Protective Order Governing the Disclosure of Sensitive Information ("Motion"), and

the Court being duly advised in the premises, it is hereby:

**ORDERED** that the United States' Motion is **GRANTED**;

**IT IS HEREBY ORDERED** that the United States is authorized to disclose personal

identification information and other sensitive information in its possession that the United States

believes necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that the United States shall mark that portion of the

discovery that includes personal identification information and other sensitive information as

"Confidential";

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall hold the

discovery materials in strict confidence, disclosing the information marked Confidential to

counsel's client, staff, investigators, and witnesses only to the extent counsel believes is necessary

to assist in the defense of this matter;

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall advise any person to whom the discovery materials are disclosed that the information must be held in strict confidence and the recipient may not further disclose or disseminate the information.  Counsel of record for the defendants shall advise any person to whom the Confidential portion of the discovery is disclosed that such information shall be held in strict confidence and that further disclosure or dissemination is prohibited without defense counsel's express consent;

**IT IS FURTHER ORDERED** that Defense counsel may discuss with and show the defendants copies of the Confidential portion of Discovery but may not provide the defendants with copies of the Confidential portion of Discovery. Under no circumstance shall defense counsel permit the defendants or any other individual to remove the Confidential portion of Discovery from defense counsel's office, retain any copies of the Confidential portion of Discovery, or reproduce in any manner the Confidential portion of Discovery. To the extent defense counsel wants to provide copies of Discovery that is marked Confidential to a defendant, defense counsel agrees that prior to providing copies to the defendant, the following Sensitive Information (other than that information belonging to the Defendant) will be redacted consistent with Federal Rule of Criminal Procedure 49.1, the Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(1), the Privacy Act, and CM/ECF Administrative Procedures, Section 6, Redaction of Personal Information, Privacy Policy, and Inappropriate Materials: personal identification numbers, such as social-security numbers, taxpayer-identification numbers, passport numbers, driver's license numbers, or other identification card numbers; dates of birth; the names of any victims, witnesses, subject, or targets so that only the initials are visible; financial-account numbers, including bank account numbers, debit card numbers, credit card numbers, and billing account numbers; home addresses; signatures; contact information, such as telephone numbers, e-mail addresses, and social media handles; and

2

financial information. Defense counsel agrees to keep copies in their files of the redacted versions of all Discovery marked Confidential that are provided to a defendant;

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall obtain a certification from each person, except the defendants, to whom the Confidential portion of the discovery is disclosed, in which the recipient, (1) acknowledges these restrictions as set forth in the Protective Order of the Court and (2) agrees that he or she will not disclose or disseminate the information without express consent of defense counsel.  Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the discovery and the date on which such information was first disclosed; and

**IT IS FURTHER ORDERED** that the United States is authorized to disclose to counsel of record for the defendant personal identification information, sensitive financial information, and other sensitive information that the United States has acquired in its investigation. The United States and the attorneys for the United States associated with this case are hereby protected in the disclosure of these materials.

Nothing in this Protective Order shall preclude the parties from presenting redacted versions of the documents marked Confidential to witnesses and/or offering such documents as exhibits at trial.

**DONE AND ORDERED** in chambers at Miami, Florida, this ___ day of _____, 2024.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record